UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD AVENIDA,<br><br>        Petitioner,<br><br>  vs.<br><br>WARDEN JAMES WALKER,<br><br>        Respondent.<br>_____/ | 1:07-cv-00286 OWW TAG  HC<br><br>ORDER GRANTING MOTIONS FOR EXTENSION OF TIME TO FILE TRAVERSE (Docs. 14, 16) |

On June 5, 2008, Petitioner filed a motion for an extension of time to file his traverse to Respondent's answer in this action, but failed to submit a proposed order to the appropriate judge. (Doc. 14). On July 8, 2008, Petitioner filed a second motion for an extension of time to file a traverse. (Doc. 16). The Court has considered Petitioner's motions, and makes the following orders thereon:

    1. Petitioner's motions for an extension of time are GRANTED (Docs. 14, 16);

    2. Petitioner shall have to and including July 23, 2008 to file a traverse.

IT IS SO ORDERED.

Dated:   **July 9, 2008**                                              **/s/ Theresa A. Goldner**
                                                                                 UNITED STATES MAGISTRATE JUDGE