# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| RICHARD AVENIDA,<br><br>                          Petitioner,<br><br>      vs.<br><br>JAMES WALKER, Warden,<br><br>                          Respondent. | Civil No.        1:07cv00286 MJL (POR)<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CERTIFICATE OF APPEALABILITY** |

On March 26, 2009, this Court issued an Order denying Petitioner's Writ of Habeas Corpus. [Doc. No. 24.] On April 21, 2009, Petitioner filed a Notice of Appeal as to the Clerk's Judgment, however he did not file a Certificate of Appealability at that time. [Doc. No. 26.] Petitioner filed a Notice of Need for More Time to file a Certificate of Appealability requesting thirty additional days on May 22, 2009. [Doc. No. 28.]

Good cause appearing, the Court **GRANTS** Petitioner's request, and Orders Petitioner file a Certificate of Appealability **no later than July 29, 2009.**

**IT IS SO ORDERED.**

**DATED: July 1, 2009**

_____
**M. James Lorenz**
**United States District Court Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28