# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| RICHARD AVENIDA,<br><br>          Petitioner,<br><br>    vs.<br><br>JAMES WALKER,<br><br>          Respondent. | Civil No.      07-0286 MJL (POR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY** |

    On March 26, 2009, this Court entered judgment dismissing the petition for a writ of habeas corpus brought by Petitioner pursuant to 28 U.S.C. §2254. (Doc. No. 24.) On April 21, 2009, Petitioner filed a Notice of Appeal, and on July 29, 2009, he filed a Motion for Certificate of Appealability ("COA"). (Doc. Nos. 26, 30.)

    A certificate of appealability is authorized "if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). "A petitioner satisfies this standard by demonstrating that jurists of reason could disagree with the district court's resolution of his constitutional claims or that jurists could conclude the issues presented are adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

//
//
//
//

1 | Having reviewed the Petition, the March 26, 2009, Order dismissing the Petition, and
2 | Petitioner's Application for a Certificate of Appealability, the Court finds Petitioner has not made a
3 | substantial showing of the denial of a constitutional right.  Therefore, the Court **DENIES**
4 | Petitioner's request for a certificate of appealability.

**IT IS SO ORDERED.**

**DATED:  August 27, 2009**

_____
**M. James Lorenz**
**United States District Court Judge**